Virgil K. Stimer
General Delivery
Tucson Arizona 85726

FEB 2 7 2012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

VIRGIL K STIMER;           )
                           )
        Plaintiff,         )
                           )
   vs.                     )
                           )
RELIANT CAPITAL SOLUTIONS, LLC )    **CIV 11-582-TUC-DCB**
                           )
        Defendant          )    **NOTICE OF SETTLEMENT**

   Plaintiff, Virgil K Stimer, respectfully informs the Court that the parties to this action have agreed to settle and have an executed settlement agreement.

Dated: FEBRUARY 27, 2012    _____
                            Virgil K Stimer
                            General Delivery
                            Tucson Arizona 85756

1

**CERTIFICATE OF SERVICE**

I, the undersigned, do certify that on February 27, 2012, I mailed the foregoing NOTICE OF DISMISSAL via Regular mail, United States Postal Service to:

Pat Esquivel,
JEROLD KAPLIN LAW OFFICE, P.C.
2738 E. Washington Street
Phoenix, AZ  85034
Attorney for Reliant Capital Solutions

*Virgil K. Stimer*
Virgil K. Stimer