# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Virgil K. Stimer,<br>　　　　　Plaintiffs,<br>v.<br>Reliant Capital Solutions, LLC.,<br>　　　　　Defendant. | CV 11-582 TUC DCB<br><br>**ORDER** |

The court having been notified that this case has been settled.

**IT IS ORDERED** that the case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the parties may file any appropriate dismissal documents within **14 days** of the filing of this Order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

DATED this 1st day of March, 2012.

David C. Bury
United States District Judge